

Arthur D. Middlemiss
212 822 0129
arthur.middlemiss@lbkmlaw.com

January 20, 2023

**VIA ECF**
Chief Judge G. Murray Snow
Sandra Day O'Connor U.S. Courthouse, Suite 622
401 West Washington Street, SPC 80
Phoenix, AZ 85003-2161

> Re:    **Application of Mihails Ulmans for Judicial Assistance Pursuant to
> 28 U.S.C. § 1782, No. 2:22-mc-00052-GMS**

Dear Chief Judge Snow,

We represent applicant Mihails Ulmans in the above-referenced *ex parte* proceeding. We write in response to the 71-page objection (ECF No. 5) to the application for discovery in aid of a foreign criminal proceeding.

The authors of the objection have neither obtained local legal counsel to represent them here nor have they established standing to challenge the application. On the substance of their lengthy submission, they do not suggest that Mr. Merkel lacks relevant evidence, nor do they otherwise address the merits of the application under relevant law.

It is understandable that the deceased's family objects to the application as, distilled, it alleges based on public information that their potentially corrupt activities may have led or contributed to the murder of their relative. However, this does not change the fact that, as established in the application, Mr. Ulmans is entitled by federal law to collect evidence to support that theory where such evidence exists in this District.

To the extent the authors of the objection assert that the Declaration of Janis Zelmenis submitted in support of Mr. Ulmans's application (the "Declaration") was misleading or improperly included material from the Latvian criminal proceeding, we disagree. The allegations in the Declaration are each appropriately sourced and supported by information reviewed by Mr. Zelmenis or known to him personally. The attachments to the Declaration were properly supplied to the Court in connection with the defense of a criminal defendant, and were included in accordance with the advice of multiple Latvian attorneys.

The Chrysler Building  |  405 Lexington Avenue, 64th Floor  |  New York, NY 10174  |  t 212 826 7001  |  f 212 826 7146

NEW YORK     WASHINGTON     LONDON     BUENOS AIRES

lbkmlaw.com



At bottom, the filing does nothing to change the analysis of the present application. Mr. Ulmans is entitled pursuant to 18 U.S.C. § 1782 to seek discovery of evidence in furtherance of a non-U.S. criminal proceeding. He has set out a good-faith basis to find that both the statutory and discretionary considerations are satisfied in this case, and there is no bar to granting the request to discover evidence that exists in the District.

Respectfully submitted,

Arthur D. Middlemiss