UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE APPLICATION OF MIHAILS ULMANS FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782** | Case No. 23-mc-00023 |

## EX PARTE APPLICATION

Applicant Mihails Ulmans hereby applies *ex parte* to the Court for an order of judicial assistance, pursuant to 28 U.S.C. § 1782, appointing Arthur D. Middlemiss as a Commissioner of the Court to facilitate the issuance of subpoenas and the gathering of documentary and testimonial evidence from relevant financial institutions that "reside in" and are "found in" the Southern District of New York.

The requested relief is for the purpose of obtaining limited but critical discovery for use in connection with a foreign criminal proceeding presently pending in the Riga City Court in Riga, Latvia. The grounds for this Application are set forth in the accompanying Memorandum of Law in Support of the Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782 and the Declaration of Janis Zelmenis.

        Respectfully submitted,

**LEWIS BAACH KAUFMANN MIDDLEMISS PLLC**

Dated: January 26, 2023

_____
Arthur D. Middlemiss
Solomon B. Shinerock
The Chrysler Building
405 Lexington Avenue
64th Floor
New York, New York 10174
Tel: (212) 822-0165
Fax: (212) 826-7146
Arthur.Middlemiss@lbkmlaw.com
Solomon.Shinerock@lbkmlaw.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE APPLICATION OF MIHAILS ULMANS FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782** | Case No. 23-mc-00023 |

**[Proposed]**
**ORDER GRANTING JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782**

THIS MATTER having been brought before the Court pursuant to 28 U.S.C. § 1782 by Mihails Ulmans through his attorneys Lewis Baach Kaufmann Middlemiss PLLC, and the Court having considered the Application papers, and all other submissions before it; and for good cause shown;

IT IS on this _____ day of _____, 202__,

**ORDERED** that the Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782 be, and it hereby is, **GRANTED**; and it is further

**ORDERED** that Arthur D. Middlemiss, Esq. of Lewis Baach Kaufmann Middlemiss PLLC is hereby appointed Commissioner of the Court with the power to issue subpoenas to relevant financial institutions requiring them to provide deposition testimony and produce documents within their possession, custody, or control concerning correspondent banking activity of or relating to the interests of Martins Bunkus.

**SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE